IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER, and GUY COLLINS, <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT FRAKES, TAGGART BOYD, TED HILL, MIKI HOLLISTER, KRISTINA MILBURN, NATE SHWAB, DR. MARK LUKIN, DR. MEGAN FORD, BETTY GERGEN, JACQUE GOODING, AMY REZNEY, and ROBIN CHURCH, <br><br> Defendants. | 8:18CV410 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff RaySean Barber's ("Barber") Motion for Extension (filing no. 11) in which he seeks additional time to pay his initial partial filing fee. The court received Barber's initial partial filing fee payment on September 25, 2018. (*See* Docket Sheet.) Accordingly,

IT IS ORDERED that Barber's Motion for Extension (filing no. 11) is denied as moot. The next step in Barber's case is for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(3)(2). The court will conduct this review in its normal course of business.

Dated this 5th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge