IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAYSEAN BARBER,

        Plaintiff,

vs.

SCOTT FRAKES, TAGGART BOYD, TED HILL, MIKI HOLLISTER, KRISTINA MILBURN, NATE SHWAB, DR. MARK LUKIN, DR. MEGAN FORD, BETTY GERGEN, JACQUE GOODING, AMY REZNEY, and ROBIN CHURCH,

        Defendants.

8:18CV410

ORDER

    Upon careful consideration,

    IT IS ORDERED that Plaintiff's Motion to Amend Findings and Conclusions (filing 30), construed as a motion to alter or amend pursuant to Fed. R. Civ. P. 59(e), is denied.

    Dated this 2nd day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge